**Opinion issued June 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00458-CV

———————————

## IN RE RAYMOND C. CLARK, JR., Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator, Raymond C. Clark, Jr., has filed a petition for writ of mandamus, requesting that we order "the Judge of the 300th Judicial District Court of Brazoria County, Texas" to vacate an order in a suit to modify the parent-child relationship and order a new trial.[1] The challenged order that is included in the mandamus

---

[1]  The underlying case is *In the Interest of H.C.C., a Child*, Cause No. 68312, in the 300th District Court of Brazoria County, Texas, the Honorable K. Randall Hufstetler presiding.

record is signed by the Honorable Chad Bradshaw, Associate Judge of the 300th District Court of Brazoria County. We do not have mandamus jurisdiction over an associate judge. *See* TEX. GOV'T CODE ANN. § 22.221(b) (West 2004) (providing for mandamus jurisdiction over judge of district court or county court); *In re Rooney*, No. 01-12-01135-CV, 2012 WL 6645023, at *1 (Tex. App.—Houston [1st Dist.] Dec. 19, 2012, orig. proceeding) (mem. op.); *see also In re J.W.B.*, No. 14-12-00410-CV, 2012 WL 1695208, at *2 (Tex. App.—Houston [14th Dist.] May 15, 2012, orig. proceeding) (mem. op.) (concluding court did not have mandamus jurisdiction over order signed by associate judge, not referring court).

Accordingly, we dismiss the petition for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.